PAGANO, INC., Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Argued January 15, 1946; decided March 7, 1946.

*George X. Levine* for appellant.

*Louis P. Eisner* for Street & Smith Publications, Inc., *amicus curiæ* in support of appellant's position.

*James Carroll* for Hearst Magazines, Inc., and another, *amici curiæ* in support of appellant's position.

*Ignatius M. Wilkinson, Corporation Counsel* (*Isaac C. Donner, Leroy Mandle* and *Ira Wollison* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ., Taking no part: THACHER, J.